IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOUGLAS PRESTON SMITH,** | : | |
| | : | |
| Petitioner, | : | No. 1:21-cv-838 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| **DISTRICT ATTORNEY FOR** | : | |
| **CUMBERLAND COUNTY,** *et al.*, | : | |
| | | |
| Respondents | | |

# ORDER

**AND NOW**, on this 10th day of June 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** to Petitioner's right to file, within thirty (30) days of the date of this Order, an amended § 2254 petition that sets forth cognizable claims for habeas corpus relief;

2. The Clerk of Court is directed to provide Petitioner this Court's form for filing a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254; and

3. Petitioner is advised that if he fails to file an amended § 2254 petition as set forth above, the dismissal of his original § 2254 petition (Doc. No. 1) will be deemed to be with prejudice.

s/ Sylvia H. Rambo
United States District Judge